B9I (Official Form 9I) (Chapter 13 Case) (12/11)      Case Number **12−11222**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Louisiana

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 4/24/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below, or for registered PACER users at https://ecf.laeb.uscourts.gov. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kobi James Domingue
3201 Lee Drive
Pierre Part, LA 70339

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 12−11222 Section A Office Code:  2 | xxx−xx−6225 |

| Attorney for Debtor(s) (name and address): | United States Trustee (name and address): |
|---|---|
| Anthony T. Marshall<br>12320 Highway 44<br>Building 4, Suite A<br>Gonzales, LA 70737<br>Telephone number: (225) 647−1015 | Henry G. Hobbs<br>400 Poydras Street, Suite 2110<br>New Orleans, LA 70130<br>Telephone number: (504) 589−4018<br><br>Bankruptcy Trustee (name and address):<br>S. J. Beaulieu Jr.<br>433 Metairie Road<br>Suite 307<br>Metairie, LA 70005<br>Telephone number: (504) 831−1313 DO NOT MAIL OR DELIVER PAYMENTS TO THIS ADDRESS.<br>  **PAYMENTS MUST BE MAILED TO:**<br>S. J. Beaulieu, Jr., Trustee<br>P. O. Box 113, Memphis, TN 38101 |

### Meeting of Creditors

Date: **June 27, 2012**        Time: **11:30 AM**
Location: **F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130**
Debtor(s) must provide picture identification and proof of social security number at the meeting of creditors. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B.R . 4002. Failure to do so may result in dismissal of the case.

### Deadlines:
Parties must file by the following deadlines:

#### Proof of Claim:
For all creditors (except a governmental unit): **9/25/12**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **10/22/12**

#### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/27/12**

#### Objections to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Financial Management Course:** Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Form 23) for chapter 13 debtor due no later that the date when the last payment is made by the debtor as required by the plan or the filing of a motion for discharge under Sec. 1328(b) of the Code.:

#### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **7/24/12**, Time: **11:30 AM**, Location: **500 Poydras Street, Suite B−709, New Orleans, LA 70130**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B−601<br>New Orleans, LA 70130<br>   Telephone number:  (504) 589−7878 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>R. Marla Hamilton |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 4:30 PM | Date:  5/22/12 |

# EXPLANATIONS

B9I (Official Form 9I) (12/11)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| NOTICE | **FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST.** |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | This district has electronic filing. All documents may be viewed at the bankruptcy clerk's office at the address listed on the front side. Registered PACER users may also view documents at https://ecf.laeb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

```
                          United States Bankruptcy Court
                           Eastern District of Louisiana
In re:                                                          Case No. 12-11222-EWM
Kobi James Domingue                                             Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 053L-2          User: sm                 Page 1 of 2           Date Rcvd: May 22, 2012
                              Form ID: b9i             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2012.
db           +Kobi James Domingue,    3201 Lee Drive,    Pierre Part, LA 70339-4854
tr           +S. J. Beaulieu, Jr.,    433 Metairie Road,   Suite 307,    Metairie, LA 70005-4326
smg           Collector of Revenue,    City of New Orleans,   City Hall Annex,    New Orleans, LA   70112
smg          +Delinquent Accounts Unit,    La. Department of Labor,    Office of Regulatory Services,
               P.O. Box 44127,    Baton Rouge, LA 70804-4127
smg          +Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,   P. O. Box 66658,
               Baton Rouge, LA 70896-6658
smg          +U. S. Attorney’s Office,    500 Poydras Street,   Suite 210,   New Orleans, LA 70130-3365
cr           +JPMorgan Chase Bank, N.A., successor by merger wit,    700 Kansas Lane,   Monroe, LA 71203-4774
3005275      +ANTHONY J. RUSSO, JR.,    SEALE, SMITH, ZUBER & BARNETTE,    8550 United Plaza Blvd., Suite 200,
               Baton Rouge, LA 70809-2256
3001243      +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
3001241      +Department of Revenue and Taxation,    Post Office Box 201,    Baton Rouge, LA 70821-0201
3001245      +First American Bank,    2785 La Hwy 20 W,    Vacherie, LA 70090-3624
3005276      +JPMorgan Chase Bank, N.A., successor by merger,    with Chase Home Finance, LLC,   700 Kansas Lane,
               Monroe, LA 71203-4774
3001242      +Office of the U.S. Attorney,    Middle District of Louisiana,    777 Florida Street,
               Baton Rouge, LA 70801-1717
3001248      +Telerecovery,    3800 Florida Bv,    Kenner, LA 70065-3034
3001250      +The Law Offices Of Mit,    2222 Texoma Pkwy Ste 160,    Sherman, TX 75090-2482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: themarshalllawfirm@gmail.com May 22 2012 19:24:36     Anthony T. Marshall,
               12320 Highway 44,    Building 4, Suite A,    Gonzales, LA   70737
ust          +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov May 22 2012 19:29:17     Office of the U.S. Trustee,
               400 Poydras Street,    Suite 2110,   New Orleans, LA 70130-3238
3001244      +E-mail/Text: cbsbankruptsy@aol.com May 22 2012 19:28:33     Credit Bureau Services,    Attn: Judy,
               Po Box 1808,    Alexandria, LA 71309-1808
3001240      +E-mail/Text: julie.n.taylor@irscounsel.treas.gov May 22 2012 19:27:55     District Counsel,
               Post Office Box 30509,    New Orleans, LA 70190-0509
3009576       EDI: FORD.COM May 22 2012 19:23:00      Ford Motor Credit Company LLC,    Dept 55953,
               P O Box 55000,    Detroit   MI 48255-0953
3001246      +EDI: FORD.COM May 22 2012 19:23:00      Ford Cred,   Ford Credit,    Po Box 6275,
               Deerborn, MI 48121-6275
3001247      +EDI: HFC.COM May 22 2012 19:23:00      Hsbc/bsbuy,   Po Box 5253,    Carol Stream, IL 60197-5253
3001239       EDI: IRS.COM May 22 2012 19:23:00      Internal Revenue Service,    600 S. Maestri Place,   Stop 31,
               New Orleans, LA 70130
3001238      +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov May 22 2012 19:29:17     Office of the U.S. Trustee,
               Region V, Texaco Center,    400 Poydras Street, Suite 2110,   New Orleans, LA 70130-3238
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Anthony J. Russo, Jr.,    Seale, Smith, Zuber & Barnette,    8550 United Plaza Blvd.,   Ste. 200,
               Baton Rouge, LA 70809-2256
3001249*     +Telerecovery,   3800 Florida Bv,    Kenner, LA 70065-3034
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 053L-2          User: sm              Page 2 of 2            Date Rcvd: May 22, 2012
                              Form ID: b9i          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2012 at the address(es) listed below:

          Anthony J. Russo   on behalf of Creditor   JPMorgan Chase Bank, N.A., successor by merger with Chase Home Finance, LLC tonyrusso@sszblaw.com
          Anthony T. Marshall   on behalf of Debtor Kobi Domingue themarshalllawfirm@gmail.com, aawilson1999@yahoo.com
          Office of the  U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
          S. J. Beaulieu    ecf@ch13no.com

                                                                                                                        TOTAL: 4